# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY O. LONGSTREET, SR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS W. HERNDON, DISTRICT
JUDGE,
Respondents,
  and
THE STATE OF NEVADA; AND DARIN
F. IMLAY, PUBLIC DEFENDER,
Real Parties in Interest.

No. 81621

**FILED**

AUG 26 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges a district court order denying petitioner's request to represent himself and the district court's alleged refusal to file petitioner's motion to dismiss criminal charges.

We have reviewed the documents submitted in this matter and, without deciding upon the merits of any claims raised herein, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). A writ of mandamus will not issue when petitioner has a "plain, speedy and adequate remedy in the ordinary course of law." *Gumm v. State, Dep't of Educ.*, 121 Nev. 371, 375, 113 P.3d 853, 856 (2005); NRS 34.170. Petitioner has not established that an

20-31462

eventual appeal does not afford an adequate legal remedy. *Pan*, 120 Nev. at 224, 88 P.3d at 841 ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). We therefore conclude that interlocutory review by extraordinary writ is not warranted in this case. Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Stiglich_____, J.
Hardesty                                        Stiglich

cc:     Hon. Douglas W. Herndon, District Judge
        Anthony O. Longstreet, Sr.
        Attorney General/Carson City
        Clark County District Attorney
        Clark County Public Defender
        Eighth District Court Clerk

---

[1]To the extent petitioner has counsel below, he must proceed by and through his counsel.